# EXHIBIT E







